# United States Court of Appeals
## For the First Circuit

No. 03-1774

YOLANDA CANDELARIO-RAMOS, ET AL.,

Plaintiffs, Appellants,

v.

BAXTER HEALTHCARE CORPORATION OF PUERTO RICO, INC., ET AL.,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on March 8, 2004, should be amended as follows:

On page 19, 3rd line from bottom, replace "where" with "in cases where".